## VITORATOS *v.* WALSH, MUNICIPAL COURT CLERK.

No. 507, Misc.   Decided November 19, 1962.

PER CURIAM.

The appeal is dismissed.   Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari is denied.

## LA ROSE *v.* TAHASH, WARDEN.

No. 445, Misc.   Decided November 19, 1962.

PER CURIAM.

The appeal is dismissed for want of a substantial federal question.